FILED
02/12/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court
for the Southern District of
INDIANA

Donald Ray White Jr.
  Plaintiff(s)
    v
Evansville Police Department
  Defendant(s)

3:24-cv-32-RLY-CSW

Motion to file U.S.C. 42 §1983

Now come by pro-se Donald Ray White Jr. to move this honorable district court to file this U.S.C. 42 §1983 against the Evansville Police Department for violating my 4th and 8th amendment rights. I believe there was not probable cause to validate my stop by Evansville Police on 10/20/2023 or my wrongful incarceration thereafter. I am filing this motion to show my 4th amendment rights to being secure and protected against unlawful search and seizures of my person, home, vehicle, and/or electronic devices. Also my 8th amendment rights to protect me from cruel and unual punishment which is nothing less than what my unlawful detention can be labled as. 1. to start, the fact that an officer would "pace" someone going less than 10 mph over the posted limit but never

②


attempt to actually "clock" the vehicle. To make an assumption of "speeding" by pacing would logically mean that a 5 mph buffer range would be appropriate to suggest and with that being said he literally stopped me for going potentially 1 to 3 mph over the limit. 2. The Evansville Police officers on the scene said the reason for the stop wasn't speeding but in fact that was because I was seen leaving a "known drug house" which was left out of the probable cause affidavit. Both the "profiling" and the not either believeable cause of going 1 to 3 mph over the limit were sufficient causes for the unconsented search that followed me being pulled from my car after the warrantless/illegal stop and subsequent unlawful detention at the Vanderburgh County Jail in Evansville, INDIANA.

Donald Ray White Jr.
Sign DR White Jr.

DATE 02-07-2024