UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DONALD RAY WHITE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00032-RLY-CSW |
| EVANSVILLE POLICE DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**ENTRY DISMISSING ACTION**

On May 6, 2024, the court dismissed Plaintiff Donald Ray White Jr.'s complaint for failing to state a claim. (Filing No. 12). The court gave Plaintiff through May 27, 2024, to file an amended complaint if he so desired. (*Id.*). It also explained that a failure to file an amended complaint within that period would result in a dismissal with prejudice for failure to prosecute without further warning. (*Id.*). Plaintiff has failed to file an amended complaint, and it is well past the deadline. Accordingly, this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED** this 10th day of June 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Donald Ray White, Jr.
620 S. Walnut Street
Bloomington, IN 47401

1